110 A.3d 993

## William Taylor REIL, Petitioner

v.

Judge Cyrus Palmer DOLBIN, DA Christine A. Holman, First ADA Maria T. Casey, ADA Jonathon Phillips, Clerk of Cts. Thomas J. Campion Jr., "MDJ" Christina E. Hale, PST Paul E. Hardnock, Jr., Respondents.

Supreme Court of Pennsylvania.

Feb. 13, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of February, 2015, Petitioner William Taylor Reil's "Petition for Extraordinary Relief/Redress of Grievances to the Pennsylvania Supreme Court–King's Bench Jurisdiction Pursuant to 42 Pa.C.S. Section 726" is **DENIED,** and Petitioner's Emergency Application for Supersedeas or Stay is also **DENIED.**